**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **CATHERINE PERO, individually and on behalf of all others similarly situated** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **BROWN-DAUB CHEVROLET OF NAZARETH** | : | **NO. 25-7016** |

## ORDER

**NOW**, this 17th day of June, 2026, upon consideration of Defendant's Motion to Dismiss the First Amended Complaint (Doc. No. 6), and the plaintiff's response, it is **ORDERED** that the motion is **DENIED**.

_____
TIMOTHY J. SAVAGE, J.